**Francisco LOPEZ, petitioner, v.
Gay C. RICCA–STROUD.**

**No. 97–537.**

Supreme Court of the United States.

Dec. 8, 1997.

Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.